NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRYKER SPINE,**

*Plaintiff-Appellant,*

**v.**

**BIEDERMANN MOTECH GMBH
and DEPUY SPINE, INC.,**

*Defendants-Appellees.*

---

2011-1170

---

Appeal from the United States District Court for the District of Columbia in No. 08-CV-1827, Judge Colleen Kollar-Kotelly.

---

**JUDGMENT**

---

WILLIAM L. MENTLIK, Lerner David Littenberg Krumholz & Mentlik, LLP, of Westfield, New Jersey, argued for plaintiff-appellant. On the brief were ROY H. WEPNER and KEITH E. GILMAN. Of counsel was STEVEN J. ROUTH, Orrick Herrington & Sutcliffe LLP, of Washington, DC.

LUKE L. DAUCHOT, Kirkland & Ellis LLP, of Los Angeles, California, argued for defendants-appellees. Of counsel on the brief were GREGORY A. CASTANIAS, Jones Day, of Washington, DC; and CALVIN P. GRIFFITH, PATRICK J. NORTON, and SUSAN M. GERGER, of Cleveland, Ohio. Of counsel was BARRY E. BRETSCHNEIDER, Morrison & Foerster, LLP, of McLean, Virginia.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 12, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |